TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED
2026 JUL -1 PM 3:20
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR26-03503 TUC-SHR(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Nicolas Cabrera Osejo,<br>Defendant. | No.<br>**INDICTMENT**<br>**(Under Seal)**<br>VIO: 18 U.S.C. § 933(a)(1)<br>(Trafficking in Firearms)<br>Count 1<br>18 U.S.C. § 933(a)(3)<br>(Conspiracy to Traffic Firearms)<br>Count 2<br>18 U.S.C. § 554(a)<br>(Attempted Smuggling Goods from the United States)<br>Count 3<br>**(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about July 17, 2025, in the District of Arizona, Defendant, NICOLAS CABRERA OSEJO, did receive firearms, specifically one (1) Glock 19 Gen 4 pistol, one (1) Canik55 c100 pistol, two (2) Marlin Firearms 795 .22 caliber rifles, and two (2) Ruger .22 caliber rifles, in or affecting interstate or foreign commerce, from another person knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 554(a).

All in violation of Title 18, United States Code, Section 933(a)(2).

**COUNT 2**

From a date unknown to on or about July 17, 2025, in the District of Arizona, Defendant, NICOLAS CABRERA OSEJO, did conspire to receive a firearm, in or affecting interstate or foreign commerce, from another person knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 554(a).

All in violation of Title 18, United States Code, Section 933(a)(3).

**COUNT 3**

On or about July 17, 2025, in the District of Arizona, Defendant, NICOLAS CABRERA OSEJO, knowingly attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Glock 19 Gen 4 pistol, one (1) Canik55 c100 pistol, two (2) Marlin Firearms 795 .22 caliber rifles, and two (2) Ruger .22 caliber rifles knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: July 1, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/
JULIE A. SOTTOSANTI
Assistant U.S. Attorney